

NUMBER 13-08-00345-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JOE LEE RUBIO,                                                    Appellant,

v.

EDUARDO CAMPIRANO, SECRETARY
OF THE TEXAS SOUTHMOST COLLEGE
DISTRICT, AND THE BOARD OF TRUSTEES OF
TEXAS SOUTHMOST COLLEGE DISTRICT,                    Appellees.

On Appeal from the 107th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Joe Lee Rubio, perfected an appeal from a judgment entered by the

107th District Court of Cameron County, Texas, in cause number 2008-03-1697-A. The

case involves the appellant's eligibility to run for the Board of Trustees of Texas Southmost College District. This case is before the Court on appellees' motion to dismiss appeal as moot. No response has been filed by the appellant.

The Court, having considered the documents on file and appellees' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellees' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Memorandum Opinion delivered and
filed this the 30th day of October, 2008.

2